IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RICKY RAY CHASE                                                                                  PLAINTIFF

V.                                                              CIVIL ACTION NO.4:10CV-131-MPM-DAS

TIMOTHY J. MORRIS, et al.                                                                    DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the Reports and Recommendations [30,31] of the United States Magistrate Judge dated August 16, 2013 and August 27, 2013, were on those dates duly served on counsel for plaintiff and defendant via ECF; that more than fourteen days have elapsed since service of these Reports and Recommendations; and that no objection thereto has been filed by the parties. The court is of the opinion that the Reports and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore,

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 16, 2013, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the court.

2. That the Report and Recommendation of the United States Magistrate Judge dated August 27, 2013, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the court.

3. That judgment is entered for the defendants and this action is hereby dismissed with prejudice.

THIS the 23rd day of September, 2013.

_____
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**